1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    TYLO JEROME FELIX, JR.,                    Case No. 1:21-cv-01472-NONE-SKO (PC)

12                Plaintiff,
                                                 **ORDER TO SUBMIT RECEIPT OF**
13         v.                                    **PAYMENT OF FILING FEE**

14    S. DOUGHERTY, et al.,                      21-DAY DEADLINE

15                Defendants.

16

17         On October 4, 2021, the Court ordered Plaintiff to submit an application to proceed *in*

18  *forma pauperis*, completed and signed, or to pay the $402 filing fee in full. (Doc. 3.) On October

19  25, 2021, Plaintiff filed a notice that he submitted payment of the filing fee when he submitted his

20  complaint. (Doc. 6.) The Court, however, does not have any record of such payment. Plaintiff

21  states that he "received a receipt" of the payment. (*Id.* at 2.) Therefore, the Court DIRECTS

22  Plaintiff, **within 21 days**, to file a copy of the receipt with the Court. Alternatively, Plaintiff may

23  pay the filing fee in full or submit an application to proceed *in forma pauperis*, as instructed in the

24  Court's October 4, 2021, order.

25
      IT IS SO ORDERED.
26

27  Dated:   **October 28, 2021**              */s/ Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE
28