UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>S. DOUGHERTY, et al.,<br><br>        Defendants. | Case No. 1:21-cv-01472-NONE-SKO (PC)<br><br>**SECOND ORDER TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>30-DAY DEADLINE |

    On October 4, 2021, the Court ordered Plaintiff to submit an application to proceed *in forma pauperis* or to pay the $402 filing fee in full. (Doc. 3.) On October 25, 2021, Plaintiff filed a notice that he submitted payment of the filing fee when he submitted his complaint, and that he "received a receipt" of the payment. (Doc. 6.) Because the Court had no record of such payment, the Court directed Plaintiff to file a copy of the receipt with the Court. (Doc. 8.)

    On November 22, 2021, Plaintiff filed a response to the Court's order. (Doc. 9.) Plaintiff attached to his response receipts of money orders; however, he does not provide any receipt or confirmation *from the Court* that the money orders were received *by* the Court. As stated in its previous order, the Court has no record of payment for the filing fee in this case.

    Accordingly, the Court DIRECTS Plaintiff, **within 30 days** of the date of service of this order, to submit the court-provided application to proceed *in forma pauperis*, completed and signed, or to pay the $402 filing fee in full. Failure to comply with this order will result in a

recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **November 23, 2021**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE