UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. DOUGHERTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01472-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR COURT ORDER FILED JUNE 9, 2023<br><br>(Doc. 23) |

　　　　Plaintiff seeks to hold the defendants liable for civil rights violations pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　The magistrate judge recommended Plaintiff's motion of June 9, 2023, construed as a motion for preliminary injunctive relief, be denied. (Doc. 23.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). (*Id*. at 4-5.) Plaintiff did not file objections and the time to do so has now passed.

　　　　According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 15, 2023 (Doc. 23) are **ADOPTED** in full.
2. Plaintiff's motion filed June 9, 2023 (Doc. 22) is **DENIED**.
3. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 9, 2023**

UNITED STATES DISTRICT JUDGE