UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>S. DOUGHERTY, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01472-JLT-SKO (PC)<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE NOTICE OF E-SERVICE WAIVER**<br><br>**RESPONSE DUE IN SEVEN (7) DAYS** |

Plaintiff Tylo Jerome Felix, Jr., is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.    BACKGROUND**

On April 4, 2025, the Court issued its Order Finding Service Appropriate. (Doc. 35.) Service was to be affected on Cony Bencito, S. Dougherty, Gil Ravijot, and Joe Trovao. (*Id*. at 1-2.) The California Department of Corrections and Rehabilitation (CDCR) was directed to file the "CDCR Notice of E-Service Waiver" form within 40 days, advising whether defendants agreed to waive service of process without the need for personal service. (*Id*. at 2.)

On May 14, 2025, the CDCR filed a request for a 14-day extension of time to file the required notice, indicating authorization was pending as to all Defendants. (Doc. 37.) On May 15, 2025, the Court granted CDCR's request for an extension of time, directing that CDCR "file a notice of e-service waiver **no later than May 28, 2025**." (Doc. 38, original emphasis.)

Although the deadline provided in the Court's May 15, 2025, Order has now passed, CDCR has failed to timely file a notice of e-service waiver as directed.

## II.      CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. The Clerk of the Court is DIRECTED to serve this Order via email on the CDCR; and
2. **Within seven (7) days** of the date of this Order, CDCR **SHALL** show cause in writing why sanctions should not be imposed for its failure to comply with the Court's May 15, 2025, Order by filing a notice of e-service waiver. In the alternative, CDCR may comply with this Order by filing the completed waiver form(s) within that same time.

IT IS SO ORDERED.

Dated:   **May 30, 2025**                         /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE