UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR., <br><br> Plaintiff, <br><br> v. <br><br> S. DOUGHERTY, et al., <br><br> Defendants. | Case No. 1:21-cv-01472-JLT-SKO (PC) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

  Plaintiff Tylo Jerome Felix, Jr., is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

  The California Department of Corrections and Rehabilitation filed its Notice of E-Service Waiver forms on June 12, 2025. Accordingly, the Court **ORDERS** the Order to Show Cause (Doc. 39) issued May 30, 2025, is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

Dated:  **June 13, 2025**        /s/ *Sheila K. Oberto*
               UNITED STATES MAGISTRATE JUDGE