UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR., | Case No. 1:21-cv-01472-JLT-SKO (PC) |
| Plaintiff, | **ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION** |
| v. | |
| S. DOUGHERTY, et al., | |
| Defendants. | **14-DAY DEADLINE** |

Plaintiff Tylo Jerome Felix, Jr., is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.   INTRODUCTION**

On September 10, 2025, Defendants filed a Notice of Motion and Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 47.)

On October 8, 2025, Defendants filed a Notice of Plaintiff's Failure to Oppose Defendants' Motion to Dismiss. (Doc. 48.)

Plaintiff has failed to timely file either an opposition or statement of non-opposition to Defendants' pending motion.

**II.   DISCUSSION**

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court

may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Further, the Local Rules also state:

> Opposition, if any to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*) ("Motions in Prisoner Actions"). Therefore, Plaintiff's opposition or statement of non-opposition to Defendants' pending motion was due on or before October 1, 2025, plus time for mailing.

Although more than 21 days have passed, Plaintiff has failed to file an opposition or a statement of non-opposition to Defendants' motion to dismiss, and has not otherwise contacted the Court.

### III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Local Rules and failure to prosecute. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendants' motion (Doc. 47) filed September 10, 2025.

**Plaintiff is advised that a failure to respond to this Order to Show Cause (OSC) may result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute.**

IT IS SO ORDERED.

Dated:   **October 9, 2025**                    /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE