UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLO JEROME FELIX, JR.,<br><br>Plaintiff,<br><br>v.<br><br>S. DOUGHERTY, et al.,<br><br>Defendants. | Case No. 1:21-cv-01472 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE<br><br>(Doc. 50) |

Tylo Jerome Felix, Jr. seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that this action be dismissed without prejudice for Plaintiff's failure to obey the Court's Local Rules and orders and for a failure to prosecute. (Doc. 50.) Specifically, the magistrate judge recommended dismissal for Plaintiff's failure to oppose Defendants Bencito, Dougherty, Ravijot, and Trovao's pending motion to dismiss and failure to respond to the Court's related Order to Show Cause. (*Id*. at 2-4.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (*Id*. at 4-5.) The Court also advised the parties that the "failure to file objections within the specified time may result in a waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772

1  F.3d 834, 839 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

2  According to 28 U.S.C. § 636(b)(1)(C), this Court has performed a *de novo* review of this
3  case. Having carefully reviewed the matter, the Court concludes the Findings and
4  Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

5  1. The Findings and Recommendations issued on November 3, 2025 (Doc. 50) are
6  **ADOPTED** in full.
7  2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey the Local
8  Rules and this Court's orders, and for a failure to prosecute.
9  3. The Clerk of the Court is directed to terminate all pending motions and to close this
10  case.

IT IS SO ORDERED.

Dated:   **December 15, 2025**

UNITED STATES DISTRICT JUDGE

2